UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSU BAWAH (240-329-503) Petitioner, v. CHRISTOPHER CHESTNUT, et al., Respondents. | No. 1:26-cv-9469 TLN CSK ORDER |

Petitioner is an immigration detainee, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed his petition on November 16, 2026. (ECF No. 1.) On November 20, 2026, respondents filed a status report stating that petitioner was detained at the California City Corrections Center from November 13-15, 2026. (ECF No. 7 at 1.) Respondents state that on November 16, 2026, petitioner was transferred to the El Paso Camp East Montana in El Paso, Texas and, on the same day, later transferred to the Adams County Correctional Center in Natchez, Mississippi. (ECF No. 7.) Respondents request that this action be dismissed because petitioner was not in this district at the time the petition was filed. (Id.) In response to respondents' status report, petitioner filed a request for transfer of this action to the United States District Court for the Southern District of Mississippi. (ECF No. 8.)

Habeas jurisdiction lies only in the district of confinement. See Doe v. Garland, 109 F.4th 1188, 1198 (9th Cir. 2024) (holding the district court's exercise of jurisdiction over an

immigration habeas petition was improper because the petitioner was confined in a different district). Habeas jurisdiction is established at the time of filing. See Johnson v. Gill, 883 F.3d 756, 761 (9th Cir. 2018) (holding that the petitioner's transfer to another facility did not destroy the jurisdiction established at the time of filing). In the interest of justice, this court may transfer this action "to any other district where it might have been brought." 28 U.S.C. § 1404(a).

Because petitioner was transferred away from this district on the day the petition was filed, this Court finds that petitioner was not confined in this district at the time of filing. On November 16, 2026, petitioner was ultimately transferred to the Adams County Correctional Center in Natchez, Mississippi, which is located in Adams County, Mississippi. Adams County, Mississippi is located in the Southern District of Mississippi. Jurisdiction is therefore proper in the Southern District of Mississippi.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer this case to the United States District Court for the Southern District of Mississippi.

Dated: November 23, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Bawa9469.tran.imm/2